TO: Judge Cindy Jorgenson / Federal Magistrate

FROM: Casey Nethercott #1295424 / CR04-2088-TUC
3872 F.M. 350 (South)
Livingston, TX. 77351

SUBJECT: Time Credit; Case Sealing; Texas Parole.

Your Honor,
I am currently in custody in Texas serving a 5 year sentence for a NON-Aggravated Firearm Charge. The reason I'm writing you is my 5 year sentence has been effected by your court, specifically sealing my case, in your court room. Your Honor here, basically is what has happened. When I was arrested by the F.B.I and brought to your court room, I was convicted on the state case in Texas, and waiting to be sent to prison. Well the state put a hold on me so when the federal system was finished with me Texas would encarcerate me if there was anytime left on my sentence. Well Your Honor, I was found NOT-Guilty of all charges. When that happened you released me and I went to prison in the state of Texas just as scheduled. The hold on me for Texas was dropped when you, a federal Judge, released me.
A short time in the future you adjudged me innocent of all charges and sealed my file. Basically Your Honor that is where the problem comes in. Your court, Judge, is to powerful, the sealing of my case prevents anyone from seeing I was in custody for almost nine months for the federal system and Texas. And this Your Honor leads me to my request of the court. It's two-fold I will let the court decide what is the best course of action to take.

1 of 2

1. I Casey Nethercott, request of the court an order PSR or otherwise to Texas crediting me with the total amount of flat in-custody time relating to both in-custody periods one being case # CR04-2088-TUC the other an extradition hearing in another courtroom relating to the Texas case.

2. Order and extradite me to federal court for a immediate release, or hearing.

Your Honor
As you know there is a great deal of national security issues with my case, that I can not discuss with anyone except you or council. If I'am moved to your courtroom you can have Jason Hannon or Chris Kilburn represent me and we can work out this problem in court in a very brief time. I figure the entire matter will take 10 minutes at the most.
Your Honor, you quiet possibly have the hisest level of integrity I have ever seen, please take action Judge. With all the mathematics applied I'am over my date of release.
In closing I have all my evidence to present to the court with me for the hearing.

Thank you

C. Nethercott

3/18/07
1600 hrs

cc: Jason Hannan

Copies Distributed